The People of the State of New York, Respondent,
against
Sharonda Lucious, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), rendered December 28, 2011, convicting her, upon her plea of guilty, of criminal contempt in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Diana M. Boyar, J.), rendered December 28, 2011, affirmed.
The misdemeanor complaint, charging criminal contempt in the second degree (see Penal Law § 215.50[3]), was not jurisdictionally defective. Defendant's intentional disobedience of the order of protection, which directed her to "stay away" from Ralph Woodhall and his "home," is reasonably inferred from allegations that defendant was observed inside the same building and on the same floor where Woodhall resides (see People v Salazar, 290 AD2d 256 [2002], lv denied 97 NY2d 760 [2002]; People v McDonald, 287 AD2d 655 [2001], lv denied 97 NY2d 685 [2001]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 19, 2019